UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 20-mj-02766-Louis

UNITED STATES OF AMERICA

vs.

FRANCISCO JUNIOR LOUIS,

Defendant.

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
   _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
   _____ Yes __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
JASON A. REDING
Assistant United States Attorney
Fla. Bar No. 56876
99 N. E. 4th Street, Suite 600
Miami, Florida 33132
Tel: (305) 961-9202
Jason.Reding@usdoj.gov

original

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| FRANCISCO JUNIOR LOUIS, | ) Case No. 20-mj-02766-Louis |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 16, 2020 to April 25, 2020  in the county of  Miami-Dade and Broward  in the
  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act Robbery |
| 18 U.S.C. § 924(c) | Using, Carrying, or Brandishing a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Thomas Wever, Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.
Attested to by the applicant via FaceTime
Date:  05/14/2020

_____
Judge's signature

City and state:  Miami, Florida

LAUREN F. LOUIS, U.S. MAGISTRATE JUDGE
Printed name and title

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Thomas Wever, a Task Force Officer with the Federal Bureau of Investigation (hereinafter, "FBI"), being duly sworn, depose and state as follows:

**AGENT INTRODUCTION AND EXPERIENCE**

1. I am a detective with the Miami Dade Police Department (hereinafter, "MDPD") and a Task Force Officer with the FBI. I have been a law enforcement officer with MDPD since 2002, a Task Force Officer with FBI since 2019, and I am currently assigned to the Miami Field Division – Violent Crime and Fugitive Task Force. As a Task Force Officer, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1), including but not limited the investigation of bank robberies, Hobbs Act robberies, extortion, and other violations of federal law.

2. This Affidavit is submitted in support of a criminal complaint against Francisco Junior LOUIS. As explained below, there is probable cause to believe that beginning on or about April 16, 2020, and continuing through on or about April 25, 2020, in Miami-Dade and Broward Counties, in the Southern District of Florida, LOUIS committed violations of Title 18, United States Code, Section 1951 (Hobbs Act Robbery) and Title 18, United States Code, Section 924(c) (Using, Carrying, or Brandishing a Firearm in Furtherance of a Crime of Violence).

3. The information contained in this Affidavit is based on my personal knowledge, as well as other information relayed to me by other law enforcement officials involved in this investigation. I have not included in this Affidavit each and every fact known to me in this investigation, rather, I have included only the facts that are sufficient to establish probable cause

to arrest LOUIS for the violations described above.

## PROBABLE CAUSE

### I. April 16, 2020- First Armed Robbery: 1512 NE 205th Terrace, in Miami, Florida

4. On or about April 16, 2020, the MDPD was called to the Metro PCS Store located at 1512 NE 205th Terrace, in Miami, Florida, regarding an Armed Robbery. Law enforcement learned that, at approximately 2:00 p.m., an individual since identified as LOUIS, entered the store wearing a "beanie hat" or knitted hat and a maroon colored mask, concealing his identity.[1] LOUIS acted as a customer for several minutes, then approached the lone employee (Victim 1) and asked whether there were other persons in the store. Victim 1 told LOUIS there was not anyone else in the store. LOUIS lifted his t-shirt and brandished what Victim 1 described as a black firearm located in his waistband while directing Victim 1 to empty the register. LOUIS then collected approximately $452.00 of U.S. currency from the cash till and demanded Victim 1's cellular phone. LOUIS also ordered a customer (Witness 1) to leave his cellular phone on the glass countertop and sit down across from it.

5. LOUIS then forced Victim 1 at gunpoint to the back of the store where the safe was located. While in the back of the store, LOUIS began selecting several Apple and Samsung cell phones as well as a Metro Smart hotspot and an Alcatel Joy tablet and placed them in a box, which was in the back room. Shortly thereafter, LOUIS walked out of the store and entered the driver side of a Black Mercedes Sedan, fleeing eastbound on NE 205th Terrace.

---

[1] The series of robberies documented in this Affidavit occurred during the implementation of COVID-19 pandemic restrictions. Citizens were required to wear face coverings while patronizing businesses and the appearance of LOUIS wearing a facemask in and of itself did not alarm the victims and witnesses.

2

6.  Law enforcement conducted an extensive canvass for surveillance video footage and located images of LOUIS and his vehicle. LOUIS was described by Victim 1 as a black male, 20-30 years of age, approximately 5'10" in height, weighing approximately 150 pounds, wearing a black tee shirt, black and white shorts and black shoes.[2] This description is consistent with the video surveillance footage. The video surveillance further showed a vehicle that appeared to be a 2008-2012 Mercedes Benz, Model C-300, black in color, with a Florida temporary (paper) license plate affixed to the rear of the vehicle over the top of a permanent license plate. Law enforcement was unable to determine the characters of either license plate.



---

[2] Initially, local law enforcement advised that the description of the individual subsequently identified as LOUIS was "the same" during all of the robberies. The initial description given was "a black male, 20-30 years of age, approximately 5'10" in height, weighing approximately 150 pounds, wearing a black tee shirt, black and white shorts and black shoes." Your Affiant subsequently obtained Offense Incident Reports associated with the robberies and the descriptions provided by the victims/witnesses varied slightly, however, were overall consistent. Those variations are reflected in this Affidavit.

3

## II. April 16, 2020- Second Armed Robbery: 629 South SR 7, in Hollywood, Florida

7. On or about April 16, 2020, shortly after the previous robbery, the City of Hollywood Police Department ("HPD") was called to the Metro PCS Store located at 629 South State Road 7, in Hollywood, Florida, regarding an Armed Robbery. Law enforcement learned that at approximately 4:30 p.m., an individual since identified as LOUIS entered the store wearing a beanie hat and a maroon colored mask, concealing his identity. LOUIS acted as a customer and approached the lone employee (Victim 2) and asked whether there were other persons in the store. Victim 2 told LOUIS there was not anyone else in the store. LOUIS lifted his t-shirt and brandished what Victim 2 described as a black firearm located in his waistband while directing Victim 2 to open the register. LOUIS then collected an unknown amount of U.S. currency from the cash till and demanded iPhones from Victim 2, to which Victim 2 responded that Victim 2 did not have any iPhones. LOUIS then demanded Victim 2's phone and Victim 2 responded that Victim 2 did not have a phone. LOUIS then exited the store on foot and was seen entering the driver side of a Black Mercedes Sedan.

8. LOUIS was described as a black male in his early 20s, with a thin build, and approximately 5'5" in height, wearing a black tee shirt, black basketball shorts with white stripes on the side, and black sneakers. LOUIS also had black gloves on each hand, a "black scully" or beanie on his head, and a red respiratory facemask.




### III. April 16, 2020- Identification of LOUIS's License Plate: 3934 Pembroke Road, in West Park, Florida

9. Immediately after the robbery, local Metro PCS stores were notified of LOUIS and the vehicle description. Later on or about April 16, 2020, at approximately 4:40 p.m., an employee (Witness 2) who was working at the Metro PCS Store located at 3934 Pembroke Road, in West Park, Florida, recognized LOUIS as he approached the front door to the location. LOUIS peered into the window, but did not enter the store.

10. Witness 2 went outside to see LOUIS's black Mercedes Benz driving away eastbound on Pembroke Road. Witness 2 stated that the vehicle turned into the parking lot of a nearby pawnshop, Bee Pawn, located at 3675 Pembroke Road, in Hollywood, Florida. Witness 2 did not see the vehicle exit.

11. Law enforcement reviewed the exterior video surveillance footage from the Metro PCS and observed LOUIS approach the front door to the Metro PCS, grab the handle, look inside, and then walk away. LOUIS is wearing the same clothing that was described during the previous robberies that day.

12. Law enforcement contacted the property manager for the Bee Pawn and was provided a still photograph taken from Bee Pawn's surveillance video footage, which depicted the black Mercedes Benz. Law enforcement was able to determine that the license plate affixed to the vehicle was a Florida permanent license plate ending in "LPL." A review of additional surveillance video from the Bee Pawn, revealed that LOUIS parked the Mercedes Benz and entered the Bee Pawn for less than a minute. LOUIS then re-entered the driver side of the Mercedes Benz and drove away westbound on Pembroke Road.

### IV.   April 19, 2020- Third Armed Robbery: 1834 NE Miami Gardens Drive, in Miami, Florida

13. On or about April 19, 2020, the MDPD was called to the Metro PCS Store located at 1834 NE Miami Gardens Drive, in Miami, Florida, regarding an Armed Robbery. Law enforcement learned that, at approximately 12:35 p.m., an individual since identified as LOUIS entered the store wearing a beanie hat and a black and white colored mask, concealing his identity. LOUIS acted as a customer then approached an employee (Victim 3) while simultaneously removing what Victim 3 described as a dark gray semi-automatic handgun from his waistband, "racking" the slide and pointing it at Victim 3. LOUIS then ordered Victim 3 and an additional employee (Victim 4) to open their registers, while pointing the firearm at them. LOUIS proceeded to remove all the U.S. currency from both cash tills, in an amount of approximately $716.00. LOUIS then exited the store via the front door and fled in an eastbound direction within the shopping center.

14. Law enforcement conducted an extensive canvass for surveillance video footage and located images of LOUIS and his vehicle. LOUIS was described by Victim 3 and Victim 4 as a black male, approximately 5'7" in height, weighing approximately 160 pounds, wearing a "skull cap," black tee shirt, black shorts, and black basketball shoes. This description is consistent with the video surveillance obtained from the store. Law enforcement who located additional surveillance video advised that LOUIS's vehicle appeared to be a 2008-2012 Mercedes Benz, Model C-300, the license plate and vehicle were not visible from the available video footage.



**V.    April 23, 2020- Fourth Armed Robbery: 949 West Commercial Blvd, in Fort Lauderdale, Florida**

15. On or about April 23, 2020, the Fort Lauderdale Police Department ("FLPD") was called to the Metro PCS Store located at 949 West Commercial Blvd, in Fort Lauderdale, Florida, regarding an Armed Robbery. Law enforcement learned that, at approximately 4:37 p.m., an individual since identified as LOUIS entered the store wearing a beanie hat and a black and white

7

colored mask, concealing his identity, and wearing an orange backpack. LOUIS acted as a customer, then approached an employee (Victim 5) while pointing a firearm at Victim 5 and demanded money from the register. Victim 5 complied, and LOUIS removed the U.S. currency from the cash till and then fled on foot. The exact amount of U.S. currency taken by LOUIS is unknown, however, it is estimated to be in excess of $400.00.

16. Victim 5 described LOUIS as a black male, approximately 5'10" in height, with a slim build, wearing a black mask, black shirt, and black and white shorts. Victim 5 stated LOUIS appeared to be young (in his 20s) and he used a small black handgun to commit the robbery.

17. A review of the video surveillance footage from the Metro PCS shows the individual since identified as LOUIS approach Victim 5 wearing a black tee shirt, a white and black mask, black shorts with white stripes on the side, and black sneakers with white soles. LOUIS can be seen removing a firearm from a black and gray "satchel" slung over his shoulder and brandishing the firearm at Victim 5. The video surveillance then shows LOUIS collect money from the cash till and exit the store. The video surveillance further shows that other customers were in the store at the time of the robbery, including a small child.

**VI.    April 25, 2020- Fifth Armed Robbery: 910 NE 62 Street, in Oakland Park, Florida**

18. On or about April 25, 2020, the Broward Sheriff's Office ("BSO") was called to the Metro PCS Store located at 910 NE 62nd Street, in Oakland Park, Florida, regarding an Armed Robbery. Law enforcement learned that, at approximately 10:10 a.m., an individual since identified as LOUIS entered the store wearing a beanie hat and a maroon colored mask and gloves, concealing his identity, with a "satchel" slung over his shoulder. LOUIS appeared to be wearing a "Bluetooth" device earpiece in his left ear.

19. LOUIS acted as a customer then approached an employee (Victim 6). LOUIS retrieved a firearm from the satchel then pointed the firearm at Victim 6 and demanded money from the register. Victim 6 complied and LOUIS removed an unknown amount of U.S. currency from the cash till, then fled on foot.

20. LOUIS was described by Victim 6 as a black male wearing a black beanie, black and orange face mask, black gloves, black satchel bag, black shirt, black shorts, and black and white Jordan sneakers. This description is consistent with the video footage obtained from the store. LOUIS's vehicle was not visible from the available video footage on this date.

**VII.  April 25, 2020- Sixth Armed Robbery: 5232 South State Road 7, in Hollywood, Florida**

21. On or about April 25, 2020, the HPD, was called to the Metro PCS Store located at 5232 South State Road 7, in Hollywood, Florida, regarding an Armed Robbery. Law enforcement learned that, at approximately 10:38 a.m., an individual since identified as LOUIS entered the store wearing a beanie hat and a maroon colored mask and gloves, concealing his identity, with a satchel slung over his shoulder. LOUIS acted as a customer, then approached an employee (Victim 7). LOUIS retrieved a firearm from the satchel then pointed the firearm at Victim 7 and demanded money from the register. Victim 7 complied, and LOUIS removed an unknown amount of U.S. currency from the cash till, then fled on foot.

22. LOUIS was described as a black male, approximately 30 years of age, wearing a black cap, red mask, black tee shirt, black knitted gloves, black basketball shorts, black sneakers with a white stripe (possibly Jordan brand), and a black satchel. The surveillance footage at this store did not record the incident.

### VIII. Investigation into Vehicle License Plate Ending in LPL

23. Law enforcement conducted extensive database searches regarding Florida license plate ending in LPL, which was observed on the surveillance video collected from the Bee Pawn on or about April 16, 2020, affixed to a black Mercedes Benz. This investigation revealed that the license plate registration decal expired in 2014 and was previously assigned to a Beige Nissan, registered to an individual with a residence in Miami, Florida. Law enforcement observed a Beige Nissan parked at the registered address in Miami, Florida, with no tag affixed to the rear of the vehicle. Law enforcement identified no connection between the registered owner of the Beige Nissan and the robberies. Accordingly, it was believed that the license plate had been stolen and affixed to the black Mercedes Benz.

24. A review of license plate readers revealed that, on or about April 16, 2020, at approximately 4:11 p.m., the license plate ending in LPL was captured while traveling northbound on State Road 7, near the location of the robbery at the Metro PCS located at 629 South State Road 7, in Hollywood, Florida, approximately twenty minutes after the robbery. The license plate was attached to a black Mercedes Benz, C-300.

25. The license plate ending in LPL has further been captured traveling on the Florida Turnpike attached to a black Mercedes Benz.

### IX. May 6, 2020 - Location of Vehicle and the Identification and Interview of LOUIS

26. On or about May 6, 2020, MDPD – Robbery Intervention Detail (RID) detectives located the aforementioned black Mercedes Benz, bearing Florida license plate ending in LPL. The vehicle was parked near the pool area of the Aliro Apartments located at 14000 Biscayne Boulevard, in Miami, Florida. A stationary vehicle surveillance was established and after a short period of time, the vehicle became occupied by LOUIS, whose appearance was consistent with the

description provided by the victims and witnesses and observed on video surveillance from the robberies.

27. Law enforcement attempted to conduct mobile surveillance but LOUIS abruptly sped away. Several blocks away from the apartment complex, LOUIS lost control of the vehicle and fled on foot. LOUIS was apprehended by law enforcement and identified as Francisco Junior LOUIS. LOUIS was subsequently transported to FBI–Miami Field Division for an interview.

28. Law enforcement recovered a black "beanie hat" in the roadway near the vehicle, which resembles the "beanie hat" worn by LOUIS during the robberies.

29. In a post-*Miranda*, recorded interview, LOUIS provided his address as 1435 NW 116th Street, in Miami, Florida, and stated that he lived there with his mother, father, and siblings. LOUIS stated he had bought the Mercedes approximately four days ago. LOUIS also stated that he had taken the tag that was currently on the Mercedes from an abandoned car approximately four days ago. LOUIS later revised this statement, and said he had taken the tag approximately two to three weeks ago. LOUIS also stated he had purchased the Mercedes approximately two to three weeks ago, but had shared the car with another person until he finished paying for the car. LOUIS did not know the name of this other person.

30. Law enforcement conducted a records check on the Vehicle Identification Number ("VIN") assigned to the 2010 Mercedes that LOUIS had been driving and determined that the vehicle had been stolen on or about April 15, 2020 (the day before the first robberies). Law enforcement telephonically contacted the owner of the 2010 Mercedes Benz and requested consent to search the vehicle, which was towed to the FBI-Miami Field Division. The owner provided verbal consent to search the vehicle. LOUIS also provided written consent to search the vehicle. Law enforcement conducted a search and examination of the vehicle and discovered a black tee

11

shirt and black winter gloves, which are consistent with the tee shirt and gloves worn during the robberies.

31. Law enforcement also observed a dent on the passenger side of the vehicle, which is consistent with a dent observed by law enforcement on the video surveillance of the vehicle used by LOUIS during the first robbery on or about April 16, 2020 of the Metro PCS located at 1512 NE 205th Terrace, in Miami, Florida.

### X.     May 7, 2020 – Contact at 1435 NW 116 Street, in Miami, Florida

32. On or about May 7, 2020, law enforcement went to LOUIS' residence and met with LOUIS' mother, who advised that she had seen LOUIS driving a black Mercedes sedan for approximately two weeks. LOUIS' mother further stated that he slept at the residence (1435 NW 116 Street) approximately three to four nights a week, and kept possessions and clothing within the residence. LOUIS also came by the residence on days when he did not stay the night, either to shower or to spend time in his room with girlfriends or friends. LOUIS' mother last saw him at the residence on or about Sunday, May 3, 2020.

33. Law enforcement showed LOUIS' mother still images from the robberies. Although LOUIS was masked in the photos, LOUIS' mother identified LOUIS as the perpetrator seen in the still images from the April 16, 2020 robbery of the Metro PCS at 629 South State Road 7, in Hollywood, Florida, and the April 19, 2020 robbery of the Metro PCS at 1834 NE Miami Gardens Drive, in Miami, Florida. LOUIS' mother recognized the shorts that LOUIS was wearing in both of these photos, and was able to identify him by his build and height. Furthermore, law enforcement played a video file for LOUIS' mother during which LOUIS speaks to a victim from the April 16, 2020 robbery of the Metro PCS located at 1512 NE 205th Terrace, in Miami, Florida. LOUIS' mother identified the voice as that of LOUIS. LOUIS's mother further signed a consent

form authorizing the search of the residence located at 1435 NW 116th Street, to include LOUIS's bedroom at the residence.

34.  Law enforcement subsequently applied for and were granted a search warrant for the premises at 1435 NW 116 Street, in Miami, Florida. *See* Case No. 20-MJ-02729-TORRES (SEALED). During the search, law enforcement recovered a receipt from "Bee Pawn," which stated that a Glock 19 firearm (serial number - BGU255) was removed from Bee Pawn on March 27, 2020, by an individual with the initials "R.J."[3] Law enforcement also recovered a pair of black, white, and gold Nike Jordan tennis shoes, which appear to be the shoes worn by LOUIS during the robberies.

### XI.  May 8, 2020 - Location of the Firearm and Satchel

35.  On or about May 8, 2020, law enforcement went to the Aliro Apartments where LOUIS was initially seen by law enforcement entering the black Mercedes in order to review video surveillance footage. Upon review of the footage, law enforcement observed LOUIS exiting the building wearing a black and gray satchel slung from his neck. This satchel appears to be the satchel worn by LOUIS during multiple robberies.

36.  Since LOUIS did not have the satchel on his person or in his vehicle at the time that he was apprehended on or about May 7, 2020, it was determined that LOUIS may have discarded the satchel while fleeing from law enforcement.

---

[3] The Bee Pawn listed in connection with the receipt for the Glock 19 is a different Bee Pawn than LOUIS visited on April 16, 2020.

13

37. Law enforcement searched the area where LOUIS ran on foot the previous day and located a black and gray satchel hidden under an area of shrubbery at a residence located on NE 141st Street, in Miami, Florida.[4]

38. A search of the satchel revealed a Glock 19 firearm (serial number – BGU255) along with a pre-paid debit card in the name of Francisco LOUIS. The serial number on the firearm matched the serial number on the Bee Pawn receipt recovered during the search warrant at LOUIS' residence.

## CONCLUSION

39. Based on the foregoing, I respectfully submit that there is probable cause to believe that, between on or about April 16, 2020, and on or about April 25, 2020, Francisco Junior LOUIS, did commit violations of Title 18, United States Code, Section 1951 (Hobbs Act Robbery) and Title 18, United States Code, Section 924(c) (Using, Carrying, or Brandishing a Firearm in Furtherance of a Crime of Violence).

_____
Thomas Wever, Task Force Officer
Federal Bureau of Investigation

Attested to by the Applicant in accordance with Fed. R. Crim. P. 4.1 by Face Time this __14__ day of May 2020.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

---

[4] The residence located on NE 141st Street, in Miami, Florida, aligns with the path LOUIS ran after fleeing from his vehicle on or about May 7, 2020. The residence is located directly across the street from where LOUIS was taken into custody by law enforcement. The occupants of this residence confirmed that the recovered satchel did not belong to them.