UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-MJ-2766-LFL

**UNITED STATES OF AMERICA**

vs.

**FRANCISCO JUNIOR LOUIS,**

      **Defendant.**
_____/

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

The UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, hereby files this unopposed motion to continue the arraignment scheduled for April 23, 2021. In support thereof, the United States avers as follows:

1. On January 7, 2021, Defendant Francisco Junior Louis ("LOUIS") had an initial appearance based on a complaint charging LOUIS with a Hobbs Act Robbery and brandishing a firearm in furtherance of a crime of violence. He is currently held in pre-trial detention.

2. Undersigned counsel respectfully requests that this arraignment be continued until June 25, 2021 due to limitations imposed by the COVID-19 pandemic.

3. Undersigned has conferred with Defense Counsel, who has no opposition to the requested relief.

WHEREFORE the United States of America, by and through undersigned counsel, respectfully requests this Court grant a continuance of the arraignment, and reset the proceedings for June 25, 2021.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ *Jason A. Reding*
JASON A. REDING
Assistant United States Attorney
Florida Bar No. 56876
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 600
Miami, FL 33132-2111
Telephone: (305) 961-9202
Email: Jason.Reding@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Jason A. Reding*
JASON A. REDING
Assistant United States Attorney